UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES,<br><br>Petitioner,<br><br>THE URBAN GROUP, INC. d/b/a The Urban Group, Ltd.,<br><br>Respondent. | **ORDER**<br><br>20 Civ. 940 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Through papers filed on March 23, 2020 (Dkt. Nos. 13-16), Petitioner has moved for an entry of default judgment against Respondent. By **March 27, 2020**, Petitioner is directed to serve its motion papers and a copy of this Order on Respondent. Proof of service should be filed on the docket. Respondent's opposition to Petitioner's motion is due by **April 10, 2020** and Petitioner's reply, if any, is due **April 17, 2020**. The Court will hold a hearing on Petitioner's motion on **May 21, 2020 at 10 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
March 24, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge