UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES,<br><br>                    Petitioner,<br><br>THE URBAN GROUP, INC. d/b/a The Urban Group, Ltd.,<br><br>                    Respondent. | **ORDER**<br><br>20 Civ. 940 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The hearing currently scheduled for May 21, 2020 is adjourned to **June 25, 2020 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Petitioner is directed to serve a copy of this Order on Respondent and to file proof of service within seven days.

Dated: New York, New York
       May 19, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge